IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**MARK BRADLEY FOLTZ,**

    Plaintiff,

v.                                        CIVIL ACTION NO.: 3:20-CV-218
                                                 (GROH)

**ROBERT WEBSTER FIELDS, JR.,
TURNER TRANSPORTATION GROUP, INC.,
and DOE DEFENDANTS 1-10,**

    Defendants.

## ORDER DISMISSING CASE

Because the Court has received notice that the parties have reached a settlement agreement on all issues in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** October 26, 2021

*/s/ Gina M. Groh*
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE