**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**MARK BRADLEY FOLTZ,**

    *Plaintiff*,

v.                                                          **CIVIL ACTION NO. 3:20-CV-218
(GROH)**

**ROBERT WEBSTER FIELDS JR.,
TURNER TRANSPORATION GROUP
INC., and DOE DEFENDANTS 1-10,**

    *Defendants*.

# FINAL ORDER

ON A PREVIOUS DAY came the Plaintiff, MARK BRADLEY FOLTZ, by counsel, and the Defendants, ROBERT WEBSTER FIELDS, JR. and TURNER TRANSPORTATION GROUP, INC., by counsel, to inform the Court that the parties have settled all claims, issues, and disputes in the above-captioned civil action.

WHEREUPON the parties, by counsel, jointly moved the Court to dismiss the above-captioned civil action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

UPON MATURE CONSIDERATION of the parties' joint motion to dismiss, and it appearing otherwise proper, it is accordingly **ORDERED** that the above-captioned civil action shall be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear his/her/its own costs. The Court's Clerk shall enter this Final Order as of the date written below and provide an attested copy to the counsel of record identified below.

ENTERED on the \_\_\_\_\_ day of November 2021.

_____
**GINA M. GROH**
**UNITED STATES DISTRICT JUDGE**

APPROVED BY:

*/s/ Ronald M. Harman*
_____
Ronald M. Harman – W.Va. Bar No. 6040
Mark Jenkinson – W.Va. Bar No. 5215
Burke, Schultz, Harman & Jenkinson
Post Office Box 1938
Martinsburg, West Virginia 25402-1938
(304) 263-0900
*Counsel for Plaintiff*

*/s/ Joseph L. Caltrider*
_____
Joseph L. Caltrider – W.Va. Bar No. 6870
Joshua A. Lanham – W.Va. Bar No. 13218
Bowles Rice LLP
Post Office Drawer 1419
Martinsburg, West Virginia 25402-1419
(304) 264-4214
*Counsel for Defendants Fields*
*and Turner Transportation Group, Inc.*